# THE UNITIED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | | |
|---|---|---|
| VICTOR SWAMINATHAN, | ) | |
| | ) | Case No. 3:23-cv-497-CHB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TYLER FITCHIE, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT UNDER RULE 55(a)(1)

COMES NOW the Plaintiff, Victor Swaminathan ("Mr. Swaminathan"), by counsel and pursuant to Rule 55(a)(1) of the Federal Rules of Civil Procedure, and hereby moves the Court for an order directing the Clerk of Court to enter a default against Defendant Tyler Fitchie.

1. The Defendant was served via certified mail on October 6, 2023, as indicated on the Return of Service of the Summons attached hereto as **Exhibit A**.

2. The Defendant has failed to appear or otherwise file an Answer or other responsive pleading to the Complaint herein within the time allowed by the Federal Rules of Civil Procedure, and the Plaintiff is entitled to a Default Judgment on its claims.

3. Upon information and belief, the Defendant (1) is not an infant or incompetent; nor (2) entitled to the protections against default judgments provided by the Servicemembers Civil Relief Act, as amended.

**WHEREFORE**, Plaintiff respectfully requests the Clerk's entry of default against Defendant, Tyler Fitchie.

1

Dated: November 15, 2023									Respectfully Submitted,

/s/ Michael W. McClain
Michael W. McClain
GOLDBERG SIMPSON LLC
Norton Commons
9301 Dayflower Street
Prospect, KY 40059
Tel:  502.589.4440
Fax:  502.410.0528
mmcclain@goldbergsimpson.com
*Counsel for Plaintiff*

2

3

## CERTIFICATE OF SERVICE

      I hereby certify that on November 14, 2023, I electronically filed the foregoing ***Motion for Entry of Default*** with the Clerk of the Court by using the CM/ECF system.

      Respectfully submitted,

/s/ Michael W. McClain
Michael W. McClain
GOLDBERG SIMPSON LLC
Norton Commons
9301 Dayflower Street
Prospect, Kentucky 40059
Phone: 502-589-4440
Fax: 502-581-1344
mmcclain@goldbergsimpson.com
*Counsel for Plaintiff*