THE UNITIED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| VICTOR SWAMINATHAN,           )<br>                                                        )<br>                    Plaintiff,           )<br>                                                        )<br>**v.**                                                **)**<br>                                                        )<br>TYLER FITCHIE,                          )<br>                                                        )<br>                    Defendant.        ) | Case No. 3:23-cv-497-CHB |

## **MOTION FOR DEFAULT JUDGMENT UNDER RULE 55(b)(1)**

COMES NOW the Plaintiff, Victor Swaminathan ("Mr. Swaminathan"), by counsel and pursuant to Rule 55 of the Federal Rules of Civil Procedure, and hereby moves the Court for entry of default judgment against Defendant Tyler Fitchie.

1. The Defendant was served via certified mail on October 6, 2023, as indicated on the Return of Service of the Summons attached hereto as **Exhibit A**.

2. The Defendant has failed to appear or otherwise file an Answer or other responsive pleading to the Complaint herein within the time allowed by the Federal Rules of Civil Procedure, and the Plaintiff is entitled to a Default Judgment on its claims.

3. Upon information and belief, the Defendant (1) is not an infant or incompetent; nor (2) entitled to the protections against default judgments provided by the Servicemembers Civil Relief Act, as amended.

4. Upon Mr. Swaminathan's motion, the Clerk entered a default against Defendant Tyler Fitchie on November 16, 2023.  *See* **Exhibit B** attached hereto.

5. Mr. Swaminathan attaches hereto as **Exhibit C** his Affidavit of Indebtedness in support of Plaintiff's claims and as **Exhibit D** its Affidavit in Support of Request for Attorneys' Fees. Mr. Swaminathan also tenders herewith a proposed Default Judgment.

**WHEREFORE**, Plaintiff demands judgment against Defendant, Tyler Fitchie, in the total amount of $4,000,000.00, plus post-judgment interest at the maximum statutory rate thereafter, a late fee at 1.5% of the payoff balance pursuant to the Promissory Note, attorney fees totaling $1,644.00, costs in the amount of $402.00, an Order from this Court compelling Defendant to transfer all shares referenced in the Complaint to the Escrow Agent of which Plaintiff may then take immediate possession, and all other proper relief which may be appropriate.

Dated: November 17, 2023               Respectfully Submitted,

/s/ Michael W. McClain
Michael W. McClain
GOLDBERG SIMPSON LLC
Norton Commons
9301 Dayflower Street
Prospect, KY 40059
Tel: 502.589.4440
Fax: 502.410.0528
mmcclain@goldbergsimpson.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 17, 2023, I electronically filed the foregoing ***Motion for Default Judgmen**t* with the Clerk of the Court by using the CM/ECF system.

      Respectfully submitted,

/s/ Michael W. McClain
Michael W. McClain
GOLDBERG SIMPSON LLC
Norton Commons
9301 Dayflower Street
Prospect, Kentucky 40059
Phone: 502-589-4440
Fax: 502-581-1344
mmcclain@goldbergsimpson.com
*Counsel for Plaintiff*