**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO.  3:23-CV-00497-CHB-CHL**

**VICTOR SWAMINATHAN,**                                                                              **Plaintiff,**

**v.**

**TYLER FITCHIE,**                                                                                          **Defendant.**

### ORDER and JUDGMENT

For the reasons set forth in the Memorandum Opinion and the Court being otherwise sufficiently advised, the Court **GRANTS** Plaintiff Victor Swaminathan's Motion for Partial Summary Judgment.  (DN 37.)  The Court **GRANTS** summary judgment *sua sponte* as to Count II, fraud in the inducement.  The Court **DENIES** Plaintiff Victor Swaminathan's Motion of Immediate Entry of Summary Judgment on Counts I, III and IV of Plaintiff's Complaint (DN 44) and Renewed Motion for Immediate Entry of Summary Judgment on Counts I, III and IV of Plaintiff's Complaint (DN 51).

The Court **ENTERS JUDGMENT** in favor of Plaintiff Victor Swaminathan and against Defendant Tyler Fitchie in the total amount of $5,138,000.  This Judgment shall bear post-judgment interest at the rate prescribed by 28 U.S.C. § 1961 from the date of the judgment until paid in full.

The Court **ORDERS** Defendant Tyler Fitchie to pay Plaintiff Victor Swaminathan attorney's fees of $6,597 and court costs of $402.

The Court **ORDERS** Defendant Tyler Fitchie to immediately transfer all his shares in as DSI Group, Inc. d/b/a Defense Solutions and/or Defense Solutions International and TKM

Enterprises, LLC d/b/a TKM Underground to Escrow Agent Brian Herzig, who the Court **ORDERS** thereafter to release all the shares to Plaintiff Victor Swaminathan.

This action is **DISMISSED WITH PREJUDICE** and is **STRICKEN** from the Court's docket.

This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay in its execution.

cc: Counsel of record, Defendant Tyler Fitchie (via certified mail)

July 22, 2025

Colin H Lindsay, Magistrate Judge
United States District Court